**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

MARCUS L. WASHINGTON,
ADC #500017                                                                                        PLAINTIFF

v.                                            3:11-cv-00148-SWW-JTK

CRAIGHEAD COUNTY
DETENTION CENTER, et al.                                                              DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that Plaintiff's Original and Amended Complaints against Defendants are DISMISSED, for failure to state a claim upon which relief may be granted.

IT IS FURTHER ORDERED that this dismissal constitutes a "strike" within the meaning of the PLRA.

The Court hereby certifies that an in forma pauperis appeal from this Order and Judgment dismissing this action would not be in good faith, pursuant to 28 U.S.C. § 1915(g).

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 3rd day of October 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE