**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

MARCUS L. WASHINGTON,
ADC #500017                                                                                                                                                                            PLAINTIFF

v.                            3:11-cv-00148-SWW-JTK

CRAIGHEAD COUNTY
DETENTION CENTER, et al.                                                                                        DEFENDANTS

**JUDGMENT**

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED with prejudice, for failure to state a claim. The relief sought is denied.

The Court hereby certifies that an <u>in forma pauperis</u> appeal from this Judgment and accompanying Order dismissing this action would not be in good faith, pursuant to 28 U.S.C. § 1915(g).

IT IS SO ORDERED this 3rd day of October 2011.

                                                                                                        /s/Susan Webber Wright

                                                                                           UNITED STATES DISTRICT JUDGE